**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Michael Monroe GROOMS,
Defendant–Appellant.**

No. 13–7881.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 28, 2014.

Decided: Sept. 2, 2014.

Jonathan M. Milling, Milling Law Firm, LLC, Columbia, South Carolina, for Appellant. William N. Nettles, United States Attorney, Nathan S. Williams, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Monroe Grooms appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Grooms*, No. 3:09–cr–01174–CMC–1 (D.S.C. filed Oct. 23 & entered Oct. 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*